# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: ManagedStorage International, Inc., et al.

| | |
|---|---|
| Jeoffrey L. Burtch, Chapter 7 Trustee, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 19-802 (LPS) |
| ) | |
| AVT Technologies, Successor in Interest ) | |
| To Avnet, Inc. ) | |
| ) | Bankruptcy Case No. 09-10368 (MFW) |
| Appellee. ) | Bankruptcy BAP No. 19-28 |
| ) | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
AND STATEMENT OF ISSUES**

Jeoffrey L. Burtch, Chapter 7 Trustee of the chapter 7 estates of ManagedStorage International, Inc. et al., sets forth the following Designation of Items to be Included in the Record on Appeal and Statement of Issues pursuant to Bankruptcy Rule 8009 and the District Court Standing Order dated November 9, 2015:

| Des. No. | Entry Date | Docket No.[1] | Document |
|---|---|---|---|
| **1.** | 02/04/2009 | MC 9 | *Motion of Debtors for Order under 11 U.S.C. §§ 105, 363, 503(b), 1107 and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Providing Administrative Priority Status to Postpetition Intercompany Claims and (V) the Waiver of Section 345(b) Deposit and Investment Requirements* |
| **2.** | 02/04/2009 | MC 14 | *Motion to Approve Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. Section 364, (II) Authorizing the Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, (III) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 361,* |

---

[1] Docket Entries filed in the Main Case (09-10368) are indicated by a MC, while Docket Entries filed in the Adversary Proceeding (12-50026) are indicated by an ADV.

|   |   |   | |
|---|---|---|---|
|   |   |   | *362, 363, and 364, and (IV) Scheduling the Final Hearing Pursuant to Bankruptcy Rule 4001*; with Exhibit A and [Proposed] Interim Order |
| **3.** | 02/04/2009 | MC 15 | *Debtors' Motion For An Entry Of An Order (A) Approving Bid Procedures For the Sale Of The Debtors' Assets; (B) Scheduling An Auction And Hearing To Consider The Sale And Approve The Form And Manner Of Notice Related Thereto; (C) Establishing Procedures Relating To The Assumption And Assignment Of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Related Relief* ; with Exhibits A through E and Proposed Form of Order |
| **4.** | 02/04/2009 | MC 16 | *Debtors' Motion for and Order: (1) Approving Asset Purchase Agreement And Authorizing The Sale Of Certain Of Its Assets Outside The Ordinary Course Of Business To Laurus Master Fund, Ltd. (In Liquidation) Or A higher And Better Bidder; (II) Authorizing The Sale of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To Sections 363(a), (f) and (m) Of The Bankruptcy Code (III) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Lease; And (IV) Granting Related Relief*; with Exhibit A and Proposed Form of Order |
| **5.** | 03/03/2009 | MC 104 | *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Approve Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. Section 364, (II) Authorizing the Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, (III) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (IV) Scheduling the Final Hearing*; with Attached Unreported Cases |
| **6.** | 03/03/2009 | MC 108 | Transcript Regarding Hearing Held 2/26/2009 RE: Final Cash Collateral and Bid Procedures |
| **7.** | 03/17/2009 | MC 135 | Transcript Regarding Hearing Held 3/5/2009 |
| **8.** | 03/23/2009 | MC 142 | *Final Order (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364(c) and (d); (B) Granting Security Interests, Superpriority Claims and Adequate Protection; and (C) Use of Cash Collateral* |
| **9.** | 03/24/2009 | MC 145 | *Limited Objection of Secured Creditor Avnet, Inc., to Debtor's Motion for an Order: (i) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of Its Assets Outside the Ordinary Course of Business to Laurus Master Fund, Ltd. (In Liquidation) or a Higher and Better Bidder; (ii) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(a), (f) and (m) of the Bankruptcy Code, (iii) Authorizing the Assumption and* |

00580643

|     |            |        |                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|-----|------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |            |        | *Assignment of Certain Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief*                                                                                                                                                                                                                                                                                                                                                      |
| **10.** | 04/02/2009 | MC 192 | *Order (SALE) Approving (I) Asset Purchase Agreement (II) Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests (III) Waiver of Stay Provisions Under Bankruptcy Rules 6004 and 6006 (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (V) Granting Other Related Relief* (including filed copy of Asset Purchase Agreement dated April 2, 2009 by and between Laurus Parties and Debtors D.I. 192-1 and 192-2] |
| **11.** | 04/02/2009 | MC 195 | *Stipulation Between Debtors, The Official Committee of Unsecured Creditors, and Secured Creditor, Avnet, Inc., Regarding Purchase Money Security Interest*                                                                                                                                                                                                                                                                                             |
| **12.** | 04/14/2009 | MC 213 | *Order Approving Stipulation Between Debtors, The Official Committee of Unsecured Creditors, and Secured Creditor, Avnet, Inc., Regarding Purchase Money Security Interest*; Order Signed on 04/13/2009                                                                                                                                                                                                                                                 |
| **13.** | 04/22/2009 | MC 225 | Transcript regarding Hearing Held 4/2/2009                                                                                                                                                                                                                                                                                                                                                                                                              |
| **14.** | 06/04/2009 | MC 274 | *Notice of Filing Further Amended Set of Revised Schedules to the Asset Purchase Agreement* and Amended Schedules as Exhibit 1                                                                                                                                                                                                                                                                                                                          |
| **15.** | 02/24/2010 | MC 371 | *Motion Of Secured Creditor Avnet, Inc., To Enforce Sale Order To Specifically Exclude Avnet PMSI Collateral From Sale Assets And To Compel Laurus Master Fund, Ltd., Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC, And/Or Psource Structured Debt Limited, To Turn Over Avnet Collateral*; with Exhibits A through L and Proposed Form of Order.                                                                  |
| **16.** | 03/02/2010 | MC 372 | *Affidavit/Declaration of Service* (related document(s)371) Filed by Avnet, Inc.                                                                                                                                                                                                                                                                                                                                                                        |
| **17.** | 03/27/2010 | MC 379 | *Laurus Entities' Objection to Motion of Secured Creditor Avnet, Inc. to Enforce Sale Order*; with Exhibit A                                                                                                                                                                                                                                                                                                                                            |
| **18.** | 04/09/2010 | MC 387 | *Reply to Objection of Laurus Master Fund, Ltd., Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC, and/or Psource Structured Debt Limited to Motion to Enforce Sale Order to Specifically Exclude Avnet PMSI Collateral from Sale Assets and to Compel Laurus Master Fund, Ltd., Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC, and/or PSource Structured Debt Limited, To Turn Over Avnet Collateral*; with Declaration of Kathy Kagay in Support of Reply (and Exhibits 1 through 22 to Declaration). |
| **19.** | 05/17/2010 | MC 396 | *Notice of Agenda of Matters Scheduled for Hearing* for Hearing Scheduled on May 19, 2010                                                                                                                                                                                                                                                                                                                                                               |
| **20.** | 05/19/2010 | MC 398 | *Amended Notice of Agenda of Matters Scheduled for Hearing* for                                                                                                                                                                                                                                                                                                                                                                                         |

| | | | |
|---|---|---|---|
| | | | Hearing Scheduled on May 19, 2010 |
| **21.** | 05/19/2010 | MC 399 | *Certification of Counsel Regarding Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest Collateral*; with Exhibits 1 and 2. |
| **22.** | 05/19/2010 | MC 400 | *Order Approving Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest Collateral*; Order Signed 5/19/2010. |
| **23.** | 06/25/2010 | MC 408 | *Motion for Approval of Settlement Agreement Pursuant to 11 U.S.C. Section 105 and Federal Rule of Bankruptcy Procedure 9019(A)* Filed by *OFFICIAL COMMITEE OF UNSECURED CREDITORS*. |
| **24.** | 07/14/2010 | MC 419 | *Objection to Motion of Official Committee of Unsecured Creditors for Approval of Settlement Agreement Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019(a)* filed by United States Trustee |
| **25.** | 09/28/2010 | MC 443 | *Order on Motion for Approval of Settlement Agreement* |
| **26.** | 07/22/2010 | MC 423 | *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession, For the Period from February 4, 2009 through June 30, 2010* [D.I. 423] with Exhibit D (7th Monthly Fee Application, D.I. 402) and Exhibit E (8th Monthly Fee Application, D.I. 422) |
| **27.** | 01/12/2012 | ADV 1 | *Complaint to Avoid Transfers Pursuant to 11 U.S.C. § 547 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550*; with Exhibit 1. |
| **28.** | 03/30/2012 | ADV 5 | *Motion to Dismiss the Complaint Pursuant to Fed.R.Bankr.P. 7012 and Fed.R.Civ.P. 12(b)(6)* filed by Avnet, Inc. |
| **29.** | 03/30/2012 | ADV 6 | *Avnet's Brief in Support of Motion to Dismiss the Complaint Pursuant to Fed.R.Bankr.P. 7012 and Fed.R.Civ.P. 12(b)(6)*; with Exhibit A. |
| **30.** | 04/27/2012 | ADV 8 | *Answering Brief of Chapter 7 Trustee in Opposition to Defendant Avnet, Inc.'s Motion to Dismiss the Complaint Pursuant to Fed. R. Bank. P. 7012 and Fed. R. Civ. P. 12(B)(6)*; with Exhibit A. |
| **31.** | 06/06/2012 | ADV 9 | *Avnet's Reply to Answering Brief of Chapter 7 Trustee in Opposition to Defendant Avnet, Inc.'s Motion to Dismiss the Complaint Pursuant to Fed. R. Bank. P. 7012 and Fed. R. Civ. P. 12(B)(6)*; with Exhibit A. |
| **32.** | 11/26/2012 | ADV 17 | Memorandum Opinion GRANTING Motion to Dismiss filed by Avnet, Inc. |
| **33.** | 11/26/2012 | ADV 18 | Order GRANTING Motion to Dismiss filed by Avnet, Inc. |
| **34.** | 02/24/2015 | ADV 33 | *MEMORANDUM ORDER Reversing and Remanding Bankruptcy Court Order dated 11/26/2012* |
| **35.** | 02/23/2015 | MC 663 | *Motion Pursuant to Fed.R.Bankr.P. 9019 to Approve Stipulation* |

00580643

| | | | |
|---|---|---|---|
| | | | *and Releases Among the Debtors, Secured Creditor Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest in Collateral (Docket No. 399) Resolving Motion of Secured Creditor Avnet, Inc., to Enforce Sale Order to Specifically Exclude Avnet PMSI Collateral from Sale Assets and to Compel Laurus Master Fund, Ltd., Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC and/or PSource Structured Debt Limited, to Turn over Avnet Collateral (Docket No. 371)* |
| **36.** | 03/11/2015 | MC 665 | *Objection to Avnet, Inc.'s Rule 9019 Motion to Approve Stipulation and Releases Among the Debtors, Secured Creditor Avnet, Inc., and Laurus Related Parties* |
| **37.** | 03/16/2015 | MC 668 | *Motion for Leave to File Reply of Avnet, Inc. to Objection of Chapter 7 Trustee to Avnet's Rule 9019 Motion to Approve Stipulation and Releases Among the Debtors, Secured Creditor Avnet, Inc., and Laurus Related Parties* |
| **38.** | 04/23/2015 | MC 674 | Transcript regarding Hearing Held March 18, 2015 |
| **39.** | 04/12/2017 | MC 711 | *Motion to Compel Trustee to Designate Witnesses and Appear for Deposition* (with Exhibit A through G) |
| **40.** | 04/24/2017 | MC 713 | *Reply Motion to Compel Trustee to Designate Witnesses and Appear for Deposition* (with Exhibits 1 through 11) |
| **41.** | 4/28/2017 | MC 716 | *Order Denying Motion To Compel* entered April 28, 2017 |
| **42.** | 12/29/2017 | MC 724 | *Renewed Motion of AVT Technologies LLC f/k/a Avnet, Inc., Pursuant to Fed. R. Bankr. P. 919 to Re-Approve Stipulation and Releases Among the Debtors, Secured Creditor Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest in Collateral [D.I. 399] Resolving Motion of Secured Creditor Avnet, Inc., to Enforce Sale Order to Specifically Exclude Avnet PMSI Collateral From Sale Assets and to Compel Laurus Master Fund, Ltd., Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC and/or PSource Structured Debt Limited, to Turn Over Avnet Collateral [D.I. 371]* |
| **43.** | 03/14/2018 | MC 727 | *Objection Chapter 7 Trustee's Objection to the Renewed Motion of AVT Technologies Pursuant to Fed. R. Bankr. P. 9019 Seeking Approval of the Stipulation and Release Between Avnet, Inc., The Laurus Parties, and the Debtors* |
| **44.** | 03/14/2018 | MC 728 | *Brief in Support of the Chapter 7 Trustee's Objection to the Renewed Motion of AVT Technologies Pursuant to Fed. R. Bankr. P. 9019 Seeking Approval of the Stipulation and Release Between Avnet, Inc., the Laurus Parties, and the Debtors* with Exhibits 1 through 17 |
| **45.** | 07/27/2018 | MC 736 | *Joint Pretrial Memorandum For Renewed Motion Of AVT Technologies Pursuant To Fed. R. Bankr. P. 9019 Seeking* |

| | | | |
|---|---|---|---|
| | | | *Approval Of The Stipulation And Release Between Avnet, Inc., The Laurus Parties, And The Debtors And Trustees Opposition Thereto* |
| **46.** | 08/01/2018 | MC 741 | Transcript regarding Hearing Held July 30, 2018 |
| **47.** | 08/14/2018 | MC 743 | *Trustee's Proposed Findings of Fact and Conclusions of Law* |
| **48.** | 08/14/2018 | MC 744 | *Avnet, Inc.'s Proposed Findings of Fact and Conclusions of Law* |
| **49.** | 04/17/2019 | MC 751 | *Opinion APPROVING Stipulation* |
| **50.** | 04/17/2019 | MC 752 | *Order APPROVING Stipulation* |
| **51.** | 04/30/2019 | MC 753 | *Notice of Appeal* |
| **52.** | 05/10/2019 | MC 761 | Transcript regarding hearing held April 26, 2017 |

**Exhibits Submitted Jointly Into Evidence at July 30, 2018 Hearing Available On Docket Pursuant to Joint Pretrial Memorandum (D.I. 736):**

| Des. No. | Joint Ex. No. | D.I. | Exhibit | Description per Joint Pre-Trial |
|---|---|---|---|---|
| **53.** | 31 | 724 | C | October Purchase Money Security Interest |
| **54.** | 32 | 724 | C | December Purchase Money Security Interest |
| **55.** | 33 | 724 | C | Certified Copies of UCC Financing Statements |
| **56.** | 34 | 728 | 15 | Trustee's New Value Analysis |
| **57.** | 35 | 728 | 14 | Email dated October 30, 2008 from George Vareldzis to Kathy Kagay re: Payment and Subordination [Avnet003485] |
| **58.** | 36 | 724 | B | Email dated May 11, 2010 from DiPaolo to Grohsgal re Incentra/ManagedStorage |
| **59.** | 37 | 728 | 17 | Email dated January 31, 2009 from Richman to Komrower re: DIP Order [TRST001200 - 02] |
| **60.** | 38 | 728 | 17 | Email dated March 3, 2009 from Komrower to Debtors' counsel re: Incentra Solutions – Committee's DIP Financing Objection [TRST001158 – 59] |
| **61.** | 41 | 728 | 5 | Email dated May 1, 2009 from Grosghal to Sanakaran re: Avnet PMSI summary [Avnet 2090 – 92] |
| **62.** | 42 | 728 | 10 | Email dated May 20, 2009 from Komrower to Pomeranz re : Incentra – 503b9 [[TRST002169] |
| **63.** | 43 | 728 | 10 | Email dated June 16, 2009 from Komrower to Pomeranz re: Incentra [TRST002332] |
| **64.** | 44 | 728 | 10 | Email dated August 26, 2009 from Pomeranz to Debtor Corporate Counsel Reed Guest, Fiero, and Grohsgal re; Synnex Directors' Suit [TRST002700] |
| **65.** | 45 | 728 | 10 | Email dated September 2, 2009 from Komrower to Pomeranz re: Incentra – Fee Reconciliation [TRST002741 – 42] |
| **66.** | 46 | 728 | 5 | Email dated October 14, 2009 from Sankaran to Grohsgal re: Avnet PMSI summary [Avnet 2096] |
| **67.** | 47 | 728 | 5 | Email dated October 21, 2009 from Sankaran to Grohsgal re: |

| Des. No. | Joint Ex. No. | D.I. | Exhibit | Description per Joint Pre-Trial |
|---|---|---|---|---|
| | | | | Avnet PMSI summary [Avnet 2098] |
| 68. | 48 | 728 | 5 | Email dated October 27, 2009 from Grohsgal to DiPaolo with Sankaran copied re: Incentra – Avnet [Avnet 2100] |
| 69. | 49 | 728 | 10 | Email dated October 27, 2009 from Komrower to Pomeranz re: (NO SUBJECT) [TRST002787 -89] |
| 70. | 50 | 728 | 5 | Email dated October 30, 2009 from Kagay to DiPaolo re: Incentra Solutions et al Reconciliation [Avnet 2107 - 08] |
| 71. | 51 | 728 | 5 | Email dated November 2, 2009 from DiPaolo to Kagay re: Incentra Solutions et al Reconciliation [Avnet 2109] |
| 72. | 52 | 728 | 5 | Email dated November 2, 2009 from DiPaolo to Kagay re: Incentra Solutions et al Reconciliation [Avnet 2111] |
| 73. | 54 | 728 | 5 | Email dated November 4, 2009 from Kagay to DiPaolo, copying Vareldzis re: from DiPaolo to Kagay re: Incentra Solutions et al Reconciliation [Avnet 2112 - 14] |
| 74. | 56 | 728 | 10 | Emails dated November 4, 2009 and November 9, 2009 from Committee Counsel Hirsh to Komrower re: Incentra [TRST002800 - 02] |
| 75. | 58 | 728 | 5 | Email dated November 30, 2009 from Jolea Kidd to Kagay and DiPaolo, copying Sankaran and Grohsgal re: Incentra Solutions et al Reconciliation [Avnet 2123 - 25] |
| 76. | 59 | 728 | 5 | Email dated December 1, 2009 from DiPaolo to Kidd and Kagay re: Incentra Solutions et al Reconciliation [Avnet 2126 - 29] |
| 77. | 61 | 728 | 6 | Email dated December 4, 2009 from Kagay to DiPaolo re Incentra Solutions et al Reconciliation [Avnet002150 – 52] |
| 78. | 62 | 728 | 6 | Reconciliation attached to email dated December 4, 2009 [Avnet002157 (Native Document Placeholder)] |
| 79. | 63 | 728 | 5 | Email chain dated December 10, 2009 from DiPaolo to Kagay re: Incentra Solutions et al Reconciliation [Avnet 2163 – 65] |
| 80. | 66 | 728 | 5 | Email dated December 14, 2009 from Kagay to DiPaolo and Debtors' counsel Fiero copying Grohsgal, Pomeranz, Vareldzis, and Sankaran re: Incentra Solutions et al Reconciliation [Avnet 2177 – 79] |
| 81. | 67 | 728 | 10 | Email dated December 14, 2009 from Fiero to DiPaolo re: Incentra Solutions et al Reconciliation [TRST002849 – 50] |
| 82. | 68 | 728 | 5 | Email dated December 15, 2009 from DiPaolo to Kagay re: Incentra Solutions et al Reconciliation [Avnet 2209 - 13] |
| 83. | 69 | 728 | 4 | Email chain dated December 24, 2009 between Pomeranz and Komrower re: Incentra Solutions et al Reconciliation [TRST001066 – 73] |
| 84. | 70 | 728 | 5 | Email dated January 4, 2010 from Sankaran to Grohsgal re: |

| Des. No. | Joint Ex. No. | D.I. | Exhibit | Description per Joint Pre-Trial |
|---|---|---|---|---|
| | | | | Incentra – Avnet [Avnet 2219 - 21] |
| 85. | 71 | 728 | 5 | Email dated January 6, 2010 from Kagay to DiPaolo re: Laurus Update [Avnet 2222] |
| 86. | 72 | 728 | 5 | Email dated January 6, 2010 from DiPaolo to Kagay re: Laurus Update [Avnet 2223] |
| 87. | 73 | 728 | 10 | Email dated January 6, 2010 from DiPaolo to Fiero re: Avnet PMSI orders in December [TRST002987 - 91] |
| 88. | 74 | 728 | 2 | Email dated January 26, 2010 from Debtor attorney Pomeranz to Komrower and Sankaran re: Managed Storage – Avnet PMSI funds [Avnet002225] |
| 89. | 75 | 728 | 2 | Email dated January 27, 2010 from Avnet attorney Sankaran to Komrower (and Grohsgal copied) re: Managed Storage – Avnet PMSI funds [Avnet002234] |
| 90. | 76 | 728 | 2 | Email dated January 28, 2010 from Avnet employee Kagay to DiPaolo re: Incentra Solutions et al Reconciliation [Avnet002270] |
| 91. | 77 | 728 | 4 | Email dated January 29, 2010 from Komrower to Pomeranz re: Incentra [TRST000988 - 89] |
| 92. | 78 | 728 | 2 | Email dated February 11, 2010 from Komrower to Sankaran re: Incentra [Avnet002455] |
| 93. | 79 | 728 | 4 | Email dated March 5, 2010 from Komrower to Pomeranz re: Incentra – Avent [sic.] [TRST000933] |
| 94. | 80 | 728 | 4 | Email dated March 8, 2010 from Komrower to Pomeranz re: Incentra – Avent [sic.] [TRST000928] |
| 95. | 81 | 728 | 10 | Email dated March 8, 2010 from DiPaolo to Grohsgal re: Bankruptcy Monthly Reports and Kuni [TRST003233] |
| 96. | 82 | 728 | 4 | Email dated March 18, 2010 from Komrower to Pomeranz re: Incentra [TRST000924] |
| 97. | 83 | 728 | 2 | Email dated March 22, 2010 from Komrower to Sankaran re: Request to Reschedule Hearing – Managed Storage [Avnet003296-98] |
| 98. | 84 | 728 | 2 | Email dated March 23, 2010 from Komrower to Sankaran re: Request to Reschedule Hearing – Managed Storage [Avnet003313] |
| 99. | 85 | 728 | 2 | Email dated March 23, 2010 from Komrower to Sankaran re: Request to Reschedule Hearing – Managed Storage [Avnet003356 - 61] |
| 100. | 86 | 728 | 4 | Email dated March 23, 2010 from Komrower to Pomeranz re: Ch-11 09-10368-MFW ManagedStorage Int Notice of Adjourned/Rescheduled Hearing(B) [TRST000897 – 98] |

| Des. No. | Joint Ex. No. | D.I. | Exhibit | Description per Joint Pre-Trial |
|---|---|---|---|---|
| **101.** | 87 | 728 | 4 | Email dated March 25, 2010 from Komrower to Pomeranz re: Incentra [TRST000896] |
| **102.** | 88 | 728 | 2 | Email dated April 6, 2010 from Sankaran to Komrower re: Avnet/Managed Storage-Incentra [Avnet003508] |
| **103.** | 89 | 728 | 2 | Email dated April 7, 2010 from Sankaran to Komrower re: Avnet/Managed Storage-Incentra [Avnet003517 – 18] |
| **104.** | 90 | 724 | J | Email dated April 7, 2010 to Pomeranz re: Incentra |
| **105.** | 91 | 728 | 4 | Email dated April 7, 2010 from Komrower to Pomeranz re: Incentra [TRST000885 - 86] |
| **106.** | 92 | 728 | 2 | Email dated April 8, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003638] |
| **107.** | 93 | 728 | 2 | Email dated April 8, 2010 from Sankaran to Komrower re: Incentra-Managed Storage/Avnet [Avnet003646] |
| **108.** | 94 | 728 | 4 | Email dated April 8, 2010 from Cred. Comm. Counsel Hirsh to Komrower and Pomeranz copied re: good news [TRST000881] |
| **109.** | 95 | 728 | 10 | Email dated April 8, 2010 from Komrower to Committee Counsel Hirsh re: good news [TRST003267] |
| **110.** | 96 | 728 | 2 | Email dated April 9, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003658] |
| **111.** | 97 | 728 | 2 | Email dated April 9, 2010 from Sankaran to Komrower re: Incentra-Managed Storage/Avnet [Avnet003664] |
| **112.** | 98 | 728 | 2 | Email dated April 9, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003661] |
| **113.** | 99 | 728 | 2 | Email dated April 9, 2010 from Sankaran to Komrower re: Incentra-Managed Storage/Avnet [Avnet003671] |
| **114.** | 100 | 728 | 2 | Email dated April 11, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003675] |
| **115.** | 101 | 728 | 2 | Email dated April 12, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003691 - 92] |
| **116.** | 102 | 728 | 2 | Email dated April 12, 2010 from Sankaran to Komrower re: Incentra-Managed Storage/Avnet [Avnet003724 -26] |
| **117.** | 103 | 728 | 2 | Email dated April 12, 2010 from Sankaran to Komrower re: Incentra-Managed Storage/Avnet [Avnet003734] |
| **118.** | 104 | 728 | 2 | Email dated April 12, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003738] |
| **119.** | 105 | 728 | 2 | Email dated April 12, 2010 from Sankaran to Komrower re: Incentra-Managed Storage/Avnet [Avnet003743] |
| **120.** | 106 | 728 | 2 | Email dated April 12, 2010 from Komrower to Sankaran re: Incentra-Managed Storage/Avnet [Avnet003746] |
| **121.** | 107 | 724 | K | Email dated April 12, 2010 from Komrower to Grin; Lachman re Incentra-Avnet Claim [CS0000947] |

| Des. No. | Joint Ex. No. | D.I. | Exhibit | Description per Joint Pre-Trial |
|---|---|---|---|---|
| **122.** | 108 | 724 | N | Email dated April 12, 2010 from Komrower to Pomerantz, Hirch and Grohsgal re FYI-very close to [s]ettlement with Avnet but not there yet |
| **123.** | 109 | 728 | 4 | Email dated April 12, 2010 from Komrower to Pomeranz re: FYI – very close to [s]ettlement with Avnet but not there yet [TRST000873 - 74] |
| **124.** | 110 | 728 | 10 | Email dated April 12, 2010 from Komrower to Pomerantz, Hirsh, and Grohsgal re: FYI-very close to [s]ettlement with Avnet but not there yet [TRST003270] |
| **125.** | 111 | 728 | 2 | Email dated April 13, 2010 from Komrower to Sankaran, Grohsgal, Pomeranz, Committee Counsel Vogel, and Laurus representative Bluestein and Bhatnagar re: Avnet Laurus Settlement [Avnet003758] |
| **126.** | 112 | 728 | 2 | Email dated April 13, 2010 from Komrower to Sankaran, Grohsgal, and Laurus representative Bhatnagar re: Avnet Laurus Settlement [Avnet003762 - 63] |
| **127.** | 114 | 728 | 4 | Email dated April 13, 2010 from Komrower to Sankaran, Grohsgal, Pomeranz, Committee Counsel Vogel, and Laurus representative Bluestein and Bhatnagar re: Avnet Laurus Settlement [TRST000858] |
| **128.** | 115 | 728 | 4 | Email dated April 13, 2010 from Komrower to Pomeranz re: settle yet? [TRST000860 - 61] |
| **129.** | 116 | 724 | M | Email dated May 11, 2010 from DiPaolo to Grohsgal re Incentra/ManagedStorage |
| **130.** | 118 | 728 | 10 | Email chain ending June 27, 2010 between Komrower and Pomeranz re: Incentra – Latest Version of Stipulation [TRST003333 – 38] |
| **131.** | 119 | 728 | 10 | Email dated June 30, 2010 from Komrower to Pomeranz re: incentre [TRST003343 – 45] |
| **132.** | 120 | 728 | 10 | Email dated August 19, 2010 from DiPaolo to Grohsgal and Fiero re: Incentra Solutions issue with UK Inland Revenue Service [TRST002659] |
| **133.** | 121 | 728 | 12 | Avnet Preliminary Analysis Produced by Avnet/AVT |
| **134.** | 122 | 728 | 16 | Trustee's Ordinary Course Analysis |
| **135.** | 123 | 728 | 15 | Trustee's New Value Analysis |
| **136.** | 124 | 728 | 10 | Email chain dated June 26 through June 29, 2009 between Komrower and Debtors' counsel re: Incentra Admin Claims [TRST002360 - 81] |

00580643

**Exhibits Submitted Jointly Into Evidence at July 30, 2018 Hearing
Unavailable On the Docket and to be Filed as Exhibits
Pursuant to Joint Pretrial Memorandum (D.I. 736):**

| Des. No. | Joint Ex. No. | Description per Joint Pre-Trial |
|---|---|---|
| **137.** | 39 | Email dated March 4, 2009 from Debtor Attorney Fiero to Komrower re: 90-day payments and attachment thereto. |
| **138.** | 40 | Email dated April 1, 2009 from Grohsgal to Komrower re: Incentra Solutions et al Reconciliation [TRST 1153] |
| **139.** | 53 | Email dated November 2, 2009 from DiPaolo to Kagay re: Incentra Solutions et al Reconciliations [Avnet002109 – 10] |
| **140.** | 55 | Reconciliation of Avnet PMSI Collateral |
| **141.** | 57 | Email dated November 24, 2009 from DiPaolo to Kagay and Kidd re: Incentra Solutions et al Reconciliation [Avnet002119 - 20] |
| **142.** | 60 | Email dated December 1, 2009 from DiPaolo to Kagay re: Incentra Solutions et al Reconciliations [Avnet002130 – 33] incl Reconciliation attachment. |
| **143.** | 64 | Email dated December 11, 2009 from DiPaolo to Fiero re: Incentra Solutions, et al Reconciliation [TRST001115 – 16] |
| **144.** | 65 | Emails dated December 14, 2009 from Kagay to Fiero and DiPaolo re: Incentra Solutions, et al Reconciliation |
| **145.** | 113 | Email dated April 13, 2010 from Anna Sankaran to Laurus Counsel Komrower and Debtors' Counsel Grohsgal re: Avnet-Laurus settlement [Avnet003786 – 90] |
| **146.** | 117 | Email dated May 18, 2010 from Grohsgal to Komrower re Incentra ManagedStorage Stipulation [CS0001205] |
| **147.** | 125 | Deposition of Kathy Kagay, August 30, 2016, with Exhibits |
| **148.** | 126 | Deposition of Jolea Kidd, August 30, 2016, with Exhibits |
| **149.** | 127 | Deposition of George Vareldzis, January 5, 2017, with Exhibits |
| **150.** | 128 | Deposition of Tony DiPaolo, January 6, 2017, with Exhibits |

Pursuant to Local Rule 8009-1, copies of items on the record not available electronically shall be filed as Exhibits on the District Court docket.[2]

**STATEMENT OF ISSUES**

1. Whether the Court incorrectly held that the *Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest Collateral* satisfied the standard for approval of a compromise or settlement as set forth in the Third Circuit's opinion in *In re Martin*, 91 F.3d 389 (3d Cir. 1996).

---

[2] The Exhibit number coincides with the Designation Number set forth above (i.e. Designation Number 138 will be filed on the District Court docket as Exhibit 138.)

2. Whether the Court incorrectly held that Debtors' counsel had authority to enter into the *Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest Collateral.*

3. Whether the Court incorrectly held that Avnet, Inc. had valid defenses under Section 547(c)(2) of the Bankruptcy Code to the transfers received in the ninety days prior to the Petition Date.

4. Whether the Court incorrectly concluded that Avnet, Inc. had a high probability of success on an action by Avnet, Inc. for sanctions and contempt against the Debtors for at least $1.25 million.

5. Whether the Court incorrectly held that the Debtors or Debtors' counsel considered the value of any preference liability or any potential contempt actions by Avnet, Inc. prior to entering into the *Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest Collateral.*

6. Whether the Court incorrectly concluded that the difficulties in collection supported approval of the *Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties Regarding Purchase Money Security Interest Collateral*.

Dated: May 14, 2019

Respectfully submitted,

COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
Robert W. Pedigo (DSB #4047)
R. Grant Dick IV (DSB # 5123)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
(302) 984-3939 Fax
rpedigo@coochtaylor.com
gdick@coochtaylor.com

00580643