IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ManagedStorage International, Inc., et al.

| | | |
|---|---|---|
| Jeoffrey L. Burtch, Chapter 7 Trustee, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-802 (LPS) |
| | ) | |
| AVT Technologies, Successor in Interest To Avnet, Inc. | ) ) | |
| | ) | Bankruptcy Case No. 09-10368 (MFW) |
| Appellee. | ) | Bankruptcy BAP No. 19-28 |
| | ) | |

### AMENDED[1] STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

WHEREAS, on April 30, 2019, Jeoffrey L. Burtch as Chapter 7 Trustee filed an appeal in the *In re: ManagedStorage International, Inc., et al.* bankruptcy case, Bankr. Case No. 09-10369 (MFW) (the "Appeal");

WHEREAS, on June 18, 2019, Chief Magistrate Judge May Pat Thynge issued the Recommendation that Bankruptcy Appeal be withdrawn from mandatory mediation (the "Recommendation") [D.I. 6];

WHEREAS, on July 29, 2019, the District Court entered an Oral Order on the docket in the Appeal [D.I. 8] whereby the District Court accepted the Recommendation and ordered that the Appellee and Appellant ( the "Parties") submit a proposed briefing schedule for the Appeal; and

WHEREAS, the Appellee and Appellant have conferred and agreed on the proposed scheduling order, subject to approval by the District Court;

---

[1] On August 5, 2019, Appellant submitted a Stipulation and [Proposed] Order Regarding Briefing Schedule [D.I. 9]. This Amended Stipulation and [Proposed] Order Regarding Briefing Schedule reflects certain agreed changes to the due dates for Appellant's briefs. It otherwise remains unchanged from the version originally filed.

1

ADMIN 35666192v1

It is STIPULATED and AGREED, subject to District Court approval, that the following briefing schedule shall govern initial briefing in the Appeal:

    Appellant Opening Brief due:    September 27, 2019

    Appellee Answering Brief due:    November 26, 2019

    Appellant Reply Brief due:    December 17, 2019.

DATED: August 7, 2019

| COOCH AND TAYLOR, P.A. | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ R. Grant Dick IV | /s/ Dennis A. Meloro |
| Robert W. Pedigo (DE No. 4047) | Dennis A. Meloro (No. 4435) |
| R. Grant Dick, IV (DE No. 5123) | The Nemours Building |
| The Brandywine Building | 1007 North Orange Street, Suite 1200 |
| 1000 West Street, 10th Floor | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | Telephone: (302) 661-7000 |
| Telephone: 302.984.3800 | Facsimile: (302) 661-7360 |
| Facsimile: 302.984.3939 | Email: melorod@gtlaw.com |
| rpedigo@coochtaylor.com | |
| gdick@coochtaylor.com | -and- |
| | Annapoorni R. Sankaran, *pro hac vice* |
| *Counsel for the Appellant, Chapter 7 Trustee* | HOLLAND & KNIGHT LLP |
| | 1100 Louisiana Street, Suite 4200 |
| | Houston, TX 77002 |
| | Telephone: (713) 244-8158 |
| | Facsimile: (713) 713.821.7001 |
| | Email: anna.sankaran@hklaw.com |
| | |
| | *Counsel for Appellee, AVT Technologies, LLC Successor in interest to Avnet, Inc.* |

SO ORDERED this ___ day of _____ 2019.

                                            _____
                                            The Honorable Leonard P. Stark
                                            Chief District Court Judge

ADMIN 35666192v1